# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*[1], | Case No. 18-12491 (CTG) |
| Debtors. | (Jointly Administered) |
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, in his Capacity as LIQUIDATING TRUSTEE of the PROMISE HEALTHCARE GROUP LIQUIDATING TRUST, | |
| Plaintiff, | |
| v. | |
| Chase Transcriptions, Inc., | Adv. Proc. No. 21-50081 (CTG) |
| Kirit S. Patel, MD, | Adv. Proc. No. 20-50969 (CTG) |
| National Staffing Solutions, LLC, | Adv. Proc. No. 20-50995 (CTG) |
| Nexair, LLC, | Adv. Proc. No. 20-50998 (CTG) |
| Sysco Central Florida, Inc.; Sysco Arizona, Inc.; Sysco Food Services of Dallas, Inc.; Sysco Kansas City, Inc.; Sysco South Florida, Inc.; Sysco West Texas, Inc.; Sysco Corporation; Sysco Food Services of New Orleans, Inc.; Sysco Louisiana Seafood, LLC; Sysco New Orleans, LLC, | Adv. Proc. No. 21-51007 (CTG) |
| Universal Hospital Services, Inc., | Adv. Proc. No. 20-50976 (CTG) |
| Defendants. | |

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

DOCS_DE:240301.1

I, Colin R. Robinson, hereby certify that on the 25th day of August, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Status Report with Respect to Certain Adversary Matters**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

Promise – Service List re 4th Status Report
Case No. 18-12491 (CTG)
Doc. No. 240325
03 – Email
04 – First Class Mail

**Email**
(Counsel to Chase Transcriptions, Inc.)
Richard G. Hardy, Esq.
Ulmer & Berne LLP
Skylight Office Tower
1660 W. 2nd Street, Suite 1100
Cleveland, OH  44113-1448
Email: rhardy@ulmer.com

**Email**
(Counsel to National Staffing Solutions, LLC)
Mark W. Eckard, Esq.
Reed Smith LLP
1201 N. Market St., Suite 1500
Wilmington, DE  19801
Email: meckard@reedsmith.com

**Email**
(Counsel to Sysco)
Jack Lundstedt, Esq.
Axiom
Three World Trade Center
175 Greenwich Street, 50th Floor
New York, NY  10007
Email: jack.lundstedt@axiomlaw.net

**First Class Mail**
Nexair, LLC
Attn: Kevin McEniry, CEO
1350 Concourse Avenue, Suite 103
Memphis, TN  38104

**First Class Mail**
R/A for Nexair, LLC
Corporation Service Company
2908 Poston Avenue
Nashville, TN  37203-1312

**First Class Mail**
Kirit S. Patel, MD
2120 Bert Kouns Ind Loop, Suite F
Shreveport, LA  71118

**First Class Mail**
Universal Hospital Services, Inc.
Attn: Thomas A. Minner, CEO
3800 W. 80th Street, #1250
Bloomington, MN  55431